Case No. 11-14524-CC

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

___

**VEOLIA WATER NORTH AMERICA OPERATING SERVICES LLC and VEOLIA ENVIRONNEMENT, S.A.,**

Appellants-Plaintiffs/Counterclaim Defendants

v.

**CITY OF ATLANTA,**

Appellee-Defendant/Counterclaim Plaintiff

___

On Appeal from the United States District Court
for the Northern District of Georgia (Case No. 1:06-cv-01457-TWT)

## VEOLIA'S UNOPPOSED MOTION FOR
## CONTINUANCE OF ORAL ARGUMENT

| | |
|---|---|
| Michael B. Terry | David A. Dial |
| Georgia Bar No. 702582 | Georgia Bar No. 220329 |
| Frank M. Lowrey IV | David J. Larson |
| Georgia Bar No. 410310 | Georgia Bar No. 438459 |
| BONDURANT MIXSON & | Christopher T. Byrd |
|    ELMORE LLP | Georgia Bar No. 100854 |
| 3900 One Atlantic Center | Stephen J. Rapp |
| 1201 West Peachtree Street, N.W. | Georgia Bar No. 103806 |
| Atlanta, Georgia 30309-3417 | WEINBERG, WHEELER, HUDGINS, |
| (404) 881-4100 |    GUNN & DIAL, LLC |
| | 3344 Peachtree Road, NE, Suite 2400 |
| | Atlanta, Georgia 30326 |
| June 29, 2012 | (404) 876-2700 |

*Counsel for Appellants and Cross-Appellees Veolia Water North America Operating Services, LLC and Veolia Environnement, S.A.*

___

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

The following trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations are known to have an interest in the outcome of this case or appeal. This Certificate has been amended to include Michael Terry, who was already included in the City's Certificate but inadvertently omitted from Veolia's original Certificate.

- Ambler, Hayley R. (Attorney for City)

- Bhandari, Rajan R. (City of Atlanta, Department of Law)

- Bondurant, Mixson & Elmore, LLP (Attorneys for Veolia)

- Byrd, Christopher T. (Attorney for Veolia)

- City of Atlanta

- Dial, David A. (Attorney for Veolia)

- Eakes, Jason W. (Attorney for City)

- Heindel, Heather L. (Attorney for City)

- James, Bates, Pope, Spivey, LLP (Attorneys for City)

- Kilpatrick, Townsend & Stockton, LLP (Attorneys for City)

- Larson, David J. (Attorney for Veolia)

- Lowrey, Frank M., IV (Attorney for Veolia)

- Morris, Manning & Martin, LLP (Attorneys for City)

- Office of Atlanta City Attorney Law Department

- Rapp, Stephen J. (Attorney for Veolia)

- Shepherd, Renee M. (City of Atlanta, Department of Law)

- Sheppard, William J. (Attorney for City)

- Sweeney, Neal J. (Attorney for City)

- Terry, Michael B. (Attorney for Veolia)

- Veolia Environnement S.A. (f/k/a Vivendi Environnement, S.A.)

- Veolia Water North America Operating Services LLC (f/k/a U.S. Filter Operating Services, Inc.)

- Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC (Attorneys for Veolia)

Appellants-Plaintiffs/Counterclaim Defendants Veolia Water North America Operating Services, LLC and Veolia Environment, S.A. (collectively "Veolia") respectfully request that the Court grant a continuance of the currently scheduled August 29, 2012 oral argument in this case. The City of Atlanta has consented to Veolia's request and has no objection to this motion.

The Court may order the continuance of an appeal set for a hearing upon "good cause shown." 11th Cir. R. 34-4(f). Veolia requests a continuance here because the presently set August 29 oral argument falls squarely within a specially set, six-week federal antitrust trial involving Veolia's lead counsel, Frank Lowrey and Michael Terry from Bondurant, Mixson & Elmore.

Messrs. Lowrey and Terry have served as lead counsel for Veolia for this appeal. They are the only lawyers at Bondurant, Mixson & Elmore knowledgeable of the case's complex and voluminous factual record, procedural history, and legal arguments on appeal. Mr. Lowrey plans to lead Veolia's oral argument.

But from July 23 to September 3, 2012, Messrs. Lowrey and Terry will be serving as first- and second-chair counsel for plaintiffs in *Columbus Drywall Insulation, Inc. v. Masco Corp.*, No. 04-cv-3066-JEC (N.D. Ga.), a highly complex antitrust case that has been in litigation for over seven years and is now specially set for trial.

976642.1

1

Veolia's lead counsel would likely have no opportunity to represent Veolia before this Court if oral argument remains set for August 29 because that date falls within the sixth week of this conflicting antitrust trial.  Even if the trial were to conclude before August 29, Veolia's lead counsel would likely have no sufficient time to prepare for oral argument in this Court.

Veolia recognizes that the Court does not grant a continuance as a matter of course, apologizes for any inconvenience from this motion, and respectfully requests that the Court find "good cause" to grant a continuance until after September 15, 2012 for this considerable and uncommon conflict.

Respectfully submitted, this 29th day of June, 2012.

| | |
|---|---|
| David A. Dial | /s/ Frank M. Lowrey IV |
| Georgia Bar No. 220329 | Michael B. Terry |
| David J. Larson | Georgia Bar No. 702582 |
| Georgia Bar No. 438459 | Frank M. Lowrey IV |
| Christopher T. Byrd | Georgia Bar No. 410310 |
| Georgia Bar No. 100854 | BONDURANT, MIXSON & ELMORE, LLP |
| Stephen J. Rapp | 1201 W Peachtree Street, NW |
| Georgia Bar No. 103806 | Suite 3900 |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | Atlanta, GA  30309 |
| 3344 Peachtree Road, NE, Suite 2400 | Telephone: 404-881-4100 |
| Atlanta, Georgia 30326 | |
| Telephone:  (404) 876-2700 | |

**Attorneys for Appellants and Cross-Appellees**

# CERTIFICATE OF SERVICE

I certify that I have this day caused a true and correct copy of **VEOLIA'S UNOPPOSED MOTION FOR CONTINUANCE OF ORAL ARGUMENT** to be served by United States mail on the following counsel of record:

| | |
|---|---|
| Jason W. Eakes<br>Morris, Manning & Martin, L.L.P.<br>1600 Atlanta Financial Center<br>3343 Peachtree Road NE<br>Atlanta, GA  30326<br>jeakes@mmmlaw.com<br>(courtesty copy by email) | Neal J. Sweeney<br>Hayley R. Ambler<br>Heather L. Heindel<br>Kilpatrick Townsend & Stockton LLP<br>Suite 2800<br>1100 Peachtree Street, N.E.<br>Atlanta, GA 30309-4530<br>nsweeney@kilpatrickstockton.com<br>hambler@kilpatrickstockton.com<br>hheindel@kilpatrickstockton.com |
| William J. Sheppard<br>James, Bates, Pope, & Spivey, LLP<br>3399 Peachtree Road<br>Suite 810<br>The Lenox Building<br>Atlanta, GA  30326<br>wsheppard@jbpslaw.com | R. Roger Bhandari<br>Renee M. Shepherd<br>City of Atlanta, Department of Law<br>68 Mitchell Street<br>Suite 4100<br>Atlanta, GA  30303<br>rbhandari@atlantaga.gov<br>rmshepherd@atlantaga.gov |

This 29th day of June, 2012.

/s/ Frank M. Lowrey IV
Frank M. Lowrey IV